# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1331

_____

EUGENE HARRIS,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 17, 2024

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eugene Harris, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.